UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN H. KARAMBINOS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 10-10640-JLT |
| | * | |
| MICHAEL J. ASTRUE, | * | |
| | * | |
| Defendant. | * | |

ORDER

August 2, 2011

TAURO, J.

This court ACCEPTS and ADOPTS the July 11, 2011 Report and Recommendation [#19] of Magistrate Judge Bowler. For the reasons set forth in the Report and Recommendation, this court hereby orders that Defendant's <u>Motion to Affirm the Commissioner's Decision</u> [#17] is ALLOWED and Plaintiff's <u>Brief</u> [#13] is treated as a motion and DENIED. This case is CLOSED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge

1